**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 219 MAL 2016

           Respondent              :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

           v.                       :

                                     :

JAVIER ORTIZ,                     :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.